**Laura A. CYR, Plaintiff–Appellee,**

v.

**RELIANCE STANDARD LIFE INSURANCE COMPANY, an Illinois corporation, Defendant–Appellant.**

**Laura A. Cyr, Plaintiff–Appellee,**

v.

**Reliance Standard Life Insurance Company, an Illinois corporation, Defendant–Appellant,**

and

**Channel Technologies, Inc. Group Long Term Disability Insurance Program, an employee benefit plan; Channel Technologies, Inc., in its capacity as Administrator of the Channel Technologies, Inc. Group Long Term Disability Program, Defendants.**

**Nos. 07–56869, 08–55234.**

United States Court of Appeals, Ninth Circuit.

Dec. 2, 2010.

## ORDER

KOZINSKI, Chief Judge:

Upon the vote of a majority of nonrecused active judges, it is ordered that this case be heard en banc pursuant to Circuit Rule 35–3.

Judge PREGERSON did not participate in the deliberations or vote in this case.